UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIGI ABREU *Individually, and on Behalf of All Others Similarly Situated*, <br><br>     Plaintiff, <br><br> -against- <br><br> 3 HOLDINGS, LLC, <br><br>     Defendant. | 22-CV-1101 (JPC) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

An affidavit of service states that plaintiff served defendant 3 Holdings, LLC with process on March 21, 2022. (Dkt. No. 7.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due April 11, 2022. Defendant has neither appeared nor responded to the complaint.

No later than **April 27, 2022**, plaintiff shall inform the Court whether he has extended defendant's time to respond or whether he intends to request a certificate of default.

Plaintiff shall promptly shall serve this Order on defendant.

Dated: New York, New York
       April 19, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**