UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

LUIGI ABREU, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

3 HOLDINGS, LLC,

                Defendant.

---------------------------------------x

Case No.: 1:22-cv-01101 (JPC)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Luigi Abreu hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant 3 Holdings, LLC.

DATED: August 29, 2022              **MIZRAHI KROUB LLP**

                                                                     /s/ Joseph H. Mizrah

                                                                 JOSEPH H. MIZRAHI

JOSEPH MIZRAHI
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorney for Plaintiff*

---

The Court construes this filing as a notice of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order. *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: August 30, 2022
New York, New York

                                _____
                                JOHN P. CRONAN
                                United States District Judge